UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAER HOLDINGS, LLC, MICHAEL
PETERS, and DAVID SLAVINSKY,

    Plaintiffs,

vs.                                                     CASE NO.:

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
CENTURY BANK, FSB and CENTURY
FINANCIAL GROUP, INC.,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 12 U.S.C. § 1819(b)(2)(B) and Local Rule 4.02, FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CENTURY BANK, by and through its undersigned counsel, hereby gives Notice of Removal from the Circuit Court of the Twelfth Judicial Circuit the case styled: <u>DAER Holdings, LLC, Michael Peters, and David Slavinsky v. Federal Deposit Insurance Corporation as Receiver for Century Bank, FSB and Century Financial Group, Inc.</u>, Case # 09-CA-022522, Thirteenth Judicial Circuit, Hillsborough County, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail and to Paul DeCailly, Esq., whose address is 3111 W. Dr. MLK Jr., Suite 100, Tampa, FL 33607, this 13th day of April, 2011.

_____
Ryan L. Snyder
Florida Bar No. 0010849
Attorney for FDIC
SNYDER LAW GROUP, P.A.
11031 Gatewood Drive
Bradenton, FL 34211
Telephone: (941) 747-3456
Facsimile: (941) 747-6789
E-mail: ryan@snyderlawgroup.com