## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

DAER HOLDINGS, LLC, MICHAEL
PETERS, and DAVID SLAVINSKY,

        Plaintiffs,

vs.                                        CASE NO. 09-CA-022522

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
CENTURY BANK, FSB and CENTURY
FINANCIAL GROUP, INC.,

        Defendants.

_____/

### NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

      The undersigned counsel hereby gives notice to this Court of the removal of the

above-captioned lawsuit to the United States District Court, Middle District of Florida,

Tampa Division.   A copy of the Notice of Removal is attached hereto as Exhibit A.

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was
furnished via U.S. Mail and to Paul DeCailly, Esq., whose address is 3111 W. Dr. MLK
Jr., Suite 100, Tampa, FL  33607, this 13th day of April, 2011.

                                _____

                                Ryan L. Snyder
                                Florida Bar No. 0010849
                                Attorney for FDIC
                                SNYDER LAW GROUP, P.A.
                                11031 Gatewood Drive
                                Bradenton, FL  34211
                                Telephone:  (941) 747-3456
                                Facsimile:  (941) 747-6789
                                E-mail:  ryan@snyderlawgroup.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAER HOLDINGS, LLC, MICHAEL
PETERS, and DAVID SLAVINSKY,

      Plaintiffs,

vs.                                CASE NO.:

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
CENTURY BANK, FSB and CENTURY
FINANCIAL GROUP, INC.,

      Defendants.

_____/

### NOTICE OF REMOVAL

Pursuant to 12 U.S.C. § 1819(b)(2)(B) and Local Rule 4.02, FEDERAL DEPOSIT

INSURANCE CORPORATION AS RECEIVER FOR CENTURY BANK, by and through

its undersigned counsel, hereby gives Notice of Removal from the Circuit Court of the

Twelfth Judicial Circuit the case styled:   DAER Holdings, LLC, Michael Peters, and David

Slavinsky v. Federal Deposit Insurance Corporation as Receiver for Century Bank, FSB and

Century Financial Group, Inc., Case # 09-CA-022522, Thirteenth Judicial Circuit,

Hillsborough County, Florida.

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was
furnished via U.S. Mail and to Paul DeCailly, Esq., whose address is 3111 W. Dr. MLK
Jr., Suite 100, Tampa, FL 33607, this 13th day of April, 2011.



EXHIBIT A

Ryan L. Snyder
Florida Bar No. 0010849
Attorney for FDIC
SNYDER LAW GROUP, P.A.
11031 Gatewood Drive
Bradenton, FL 34211
Telephone: (941) 747-3456
Facsimile: (941) 747-6789
E-mail: ryan@snyderlawgroup.com